1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert L. Shipley, CA State Bar No. 109420)
rshipley@shipleylaw.com
Brandon S. Gray, CA State Bar No. 279881
bgray@shipleylaw.com
ROBERT L. SHIPLEY, APLC
2784 Gateway Road, Suite 104
Carlsbad, CA 92009
Telephone: 1 760 438 5199

Attorney for Defendant
ABC PHONES OF NORTH CAROLINA, INC.
DOING BUSINESS AS VICTRA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARIEL KLINK**, on behalf of herself and all others similarly situated;<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**ABC PHONES OF NORTH CAROLINA, INC., DOING BUSINESS AS VICTRA,** a North Carolina Corporation; and **DOES 1 through 50**, inclusive,<br><br>　　　　　Defendants. | Case No.  3:20-cv-6276<br><br>**DECLARATION OF ROBERT L. SHIPLEY IN SUPPORT OF DEFENDANT ABC PHONES OF NORTH CAROLINA, INC. DOING BUSINESS AS VICTRA'S NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT**<br><br>**[CLASS ACTION]**<br><br>*[Filed concurrently with Defendant's Notice of Removal; Civil Case Cover Sheet; Declaration of Adam Reed in Support of Defendant's Notice of Removal; and Exhibits]*<br><br>State Court Case No. RG20064133<br>State Action Filed: June 10, 2020<br>State Action Served: August 7, 2020 |

I, ROBERT L. SHIPLEY, hereby declare as follows:

1.　　I am the owner of the law firm of Robert L. Shipley, APLC, counsel for

Defendant ABC Phones of North Carolina, Inc. doing business as Victra ("Defendant"). I

make this Declaration in support of Defendant's Notice of Removal in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration or know of such facts from my review of the case documents and the court docket in this matter. If called and sworn as a witness, I could and would competently testify thereto. As counsel for Defendant, Robert L. Shipley, APLC has received and now maintains in the ordinary course of business all pleadings served on or by Defendant in the above-captioned action.

2.      I understand that on or around June 10, 2020, Plaintiff Ariel Klink ("Plaintiff") commenced a putative class action case against Defendant, Case No. RG20064133, *Klink v. ABC Phones of North Carolina, Inc.*, in the Superior Court of California, County of Alameda ("the Action").

3.      I also understand that on August 7, 2020, Plaintiffs served Defendant's Agent for Service of Process in California with the Summons and Complaint packet in this action. As counsel of record for Defendant, Robert L. Shipley, APLC receives and keeps in the ordinary course of business true and correct copies of the documents filed with the Court in the Action and/or served on Defendant.

4.      Attached hereto as **Exhibits "1" through "8"** respectively are true and correct copies of the following: the Complaint (**Exhibit "1"**); Summons (**Exhibit "2"**), Civil Case Cover Sheet (**Exhibit "3"**) Civil Case Cover Sheet Addendum (**Exhibit "4"**), ADR Packet (**Exhibit "5"**); Notice of Hearing (**Exhibit "6"**); Order of Continued Hearing (**Exhibit "7"**) and Minutes Re Continued Hearing (**Exhibit "8"**).

5.      On September 1, 2020, Defendant filed its Answer by way of General Denial and Affirmative Defenses as its Answer in the Action along with numerous Affirmative Defenses in the Superior Court of California, Alameda County. A true and correct copy of the

Answer is attached hereto as **Exhibit "9"**.

6.     **Exhibits** "**1" through "9"** represent all pleadings served on and/or filed by Defendant to date.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed this 4$^h$ day of September 2020, at Carlsbad, California

ROBERT L. SHIPLEY, APLC

Dated:  September 4, 2020

By: /s/*Robert L. Shipley*_____
Robert L. Shipley
rshipley@shipleylaw.com
**Attorney for Defendant**
ABC PHONES OF NORTH CAROLINA, INC. DBA VICTRA

**EXHIBIT LIST**

**Exhibit "1"**
  Complaint ........................................................................................................... 2
**Exhibit "2"**
  Summons ............................................................................................................ 2
**Exhibit "3"**
  Civil Case Cover Sheet ...................................................................................... 2
**Exhibit "4"**
  Civil Case Cover Sheet Addendum .................................................................... 2
**Exhibit "5"**
  ADR Packet ........................................................................................................ 2
**Exhibit "6"**
  Notice of Hearing ............................................................................................... 2
**Exhibit "7"**
  Order of Continued Hearing ............................................................................... 3
**Exhibit "8"**
  Minutes of Continued Hearing ........................................................................... 3
**Exhibit "9"**
  ABC General Denial ........................................................................................... 3

## CERTIFICATE OF SERVICE

I, Robert L. Shipley, an attorney admitted to practice before this Court, do hereby certify that on September 4, 2020, I caused a copy of the foregoing **Declaration of Robert L. Shipley in Support of DEFENDANT ABC Phones Of North Carolina, Inc. dba Victra's Notice of Removal and Exhibits "1" through "9"** to be served through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.


ROBERT L. SHIPLEY, APLC

Dated:  September 4, 2020                    By:_____/s/*Robert L. Shipley*_____
Robert L. Shipley
rshipley@shipleylaw.com
Attorney for Defendant
ABC PHONES OF NORTH CAROLINA, INC.
DBA VICTRA