# EXHIBIT "21"



Exh 21-002